1028

THE STATE OF WASHINGTON, *Petitioner*, v. JAMES A. HAYES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03613-2, Rosanne Buckner, J., entered March 29, 1996. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

*In the Matter of the Dependency of* D.G.

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-7-00028-1, Thomas Majhan, J. Pro Tem., entered May 21, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. SAJUAN CUEVAS-GERARDO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00013-1, George L. Wood, J., entered May 17, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON R. MEADORS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00103-6, David R. Draper, J., entered May 28, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.